UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUMP OLD POST OFFICE LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**TOPO ATRIO LLC**, )<br>)<br>and )<br>)<br>**THINKFOODGROUP LLC** )<br>)<br>**Defendants.** )<br>_____ ) | Case No. 1:15-cv-01238 |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff, TRUMP OLD POST OFFICE LLC, through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, files this Certificate of Interested Parties and Corporate Disclosure Statement and states as follows:

Neither the Trump Old Post Office LLC nor any of its members is publicly traded.

Other than the entity identified in paragraph one, to the best of the undersigned counsel's knowledge, there are no interested parties other than the parties to this lawsuit.

Respectfully submitted,

By: /s/ Rebecca Woods
Rebecca Woods (D.C. No 468495)
SEYFARTH SHAW LLP
975 F Street, NW
Washington, D.C.  20004
(202) 463-2400
(202) 828-5393 (facsimile)
rwoods@seyfarth.com

*Counsel for Trump Old Post Office LLC*

Dated:  July 31, 2015