UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Trump Old Post Office LLC ) <br> ) <br> ) <br> ) <br>         Plaintiff ) <br> ) <br>    v. ) <br> ) <br> Topo Atrio LLC, et al. ) <br> ) <br> ) <br>         Defendant ) | Case No.: 15-1238 |

### AFFIDAVIT OF SERVICE

I, Calvin Jones, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint and Plaintiff's Rule 7.1 Corporate Disclosure Statement in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on August 04, 2015 at 3:34 PM, I served ThinkFoodGroup LLC c/o Paul Kiernan, Esquire with the Summons, Complaint and Plaintiff's Rule 7.1 Corporate Disclosure Statement at Holland and Knight LLP, 800 17th Street, Suite 1100, Washington, DC 20006 by serving Paul Kiernan, Esquire, authorized to accept.

Paul Kiernan is described herein:
Gender: Male   Race/Skin: White   Hair: Black   Glasses: Yes   Age: 67   Height: 6'2"   Weight: 230

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

8/6/15
Executed on:

Calvin Jones
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-126376                                                                                                        Client Reference: 077321-20