**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRUMP OLD POST OFFICE LLC**, )<br>)<br>*Plaintiff,*  )<br>)<br>**v.**  )<br>) Case No. 1:15-cv-01238-ESH<br>**TOPO ATRIO LLC**,  )<br>)<br>and  )<br>)<br>**THINK FOOD GROUP LLC,**  )<br>)<br>*Defendants.*  )<br>_____) | |

## ENTRY OF APPEARANCES

The clerk will please enter the appearances of Paul J. Kiernan, Cheryl A. Feeley, and Kristina A. Crooks of the law firm of Holland & Knight LLP on behalf of Defendants Topo Atrio LLC and Think Food Group LLC in the above-captioned matter.

Respectfully submitted,

By:   /s/ Paul J. Kiernan
Paul J. Kiernan (D.C. Bar #385627)
Cheryl A. Feeley (D.C. Bar # 491565)
Kristina A. Crooks (D.C. Bar # 979077)
HOLLAND & KNIGHT LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 663-7276 (phone)
(202) 955-5564 (facsimile)
paul.kiernan@hklaw.com
cheryl.feeley@hklaw.com
kristina.crooks@hklaw.com

*Counsel for Defendants Topo Atrio LLC and*
*Think Food Group LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a copy to the following:

>Rebecca Woods (D.C. No. 468495)
>Seyfarth Shaw LLP
>975 F Street, N.W.
>Washington, D.C. 20004
>Telephone: (202) 463-2400
>Facsimile: (202) 641-9200
>rwoods@seyfarth.com
>*Counsel for Plaintiff Trump Old Post Office LLC*

　　　　　　　　　　　　　　　　　　　　/s/ Paul J. Kiernan