**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **TRUMP OLD POST OFFICE LLC,** | ) ) ) Case No. 1:15-cv-01238 |
| Plaintiff, | ) ) |
| v. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| **TOPO ATRIO LLC,** | ) **PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** ) |
| and | ) ) |
| **THINKFOODGROUP LLC,** | ) ) |
| Defendants. | ) ) |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and in reliance on representations by counsel for defendants that vitiate the basis for diversity jurisdiction, the plaintiff Trump Old Post Office LLC hereby gives notice that the above-captioned action against the defendants Topo Atrio LLC and ThinkFoodGroup LLC is voluntarily dismissed without prejudice.

Dated: August 24, 2015

                                                Respectfully submitted,

                                                SEYFARTH SHAW LLP

                                          By:  */s/ Rebecca Woods*
                                                 Rebecca Woods (D.C. No. 468495)
                                                 Seyfarth Shaw LLP
                                                 975 F Street, N.W.
                                                 Washington, D.C.  20004
                                                 Telephone:  (202) 463-2400
                                                 Facsimile:  (202) 641-9200
                                                 rwoods@seyfarth.com
                                                 *Counsel for Plaintiff*